KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (CSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

E-Filing

FILED

FEB 23 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SCOTT ALAN WHITE, <br> Defendant. | No. 05-00603 RS <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME <br><br> SAN JOSE VENUE |

On February 16, 2006, the parties in this case appeared before the Court for a status appearance. At that appearance, the undersigned parties informed the Court that they are close to a resolution and that AFPD Vinnard is working with the defendant to gather documents in order to facilitate a resolution. Therefore, the parties requested an exclusion of time under the Speedy Trial Act from February 16, 2006 to March 10, 2006. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

//

STIPULATION AND [PROPOSED] ORDER
CR 05-00603 RS

1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | KEVIN V. RYAN<br>United States Attorney |
| 2 | | |
| 3 | DATED:_____ | /s/<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| 4 | | |
| 5 | DATED:_____ | /s/<br>LARA S. VINNARD<br>Assistant Federal Public Defender |

Accordingly, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from February 16, 2006 to March 10, 2006. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 2/22/06

RICHARD SEEBORG
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 05-00603 RS                                           2