1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (CSBN 0722)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,          )   No. 05-00603 RS
                                        )
14 |         Plaintiff,                 )
                                        )   STIPULATION AND [PROPOSED]
15 |    v.                              )   ORDER CONTINUING STATUS
                                        )   HEARING
16 | SCOTT ALAN WHITE,                  )
                                        )
17 |         Defendant.                 )   SAN JOSE VENUE
                                        )
18 | _____    )

19

20     The undersigned parties jointly request that the status hearing currently scheduled for Friday,

21 March 10, 2006 be continued to March 23, 2006 at 1:30 p.m. The reason for the continuance

22 is to allow additional time for the disposition reached by the parties to be approved by a

23 supervisor in the U.S. Attorney's Office. In addition, AFPD Lara Vinnard will be unavailable on

24 that day.

25 SO STIPULATED:                       KEVIN V. RYAN
                                        United States Attorney
26

27 DATED:_____                _____/s/_____
                                        SUSAN KNIGHT
28                                      Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 05-00603 RS                          1

1  DATED:_____     /s/
2                          LARA S. VINNARD
                           Assistant Federal Public Defender
3

4

5       Accordingly, the Court HEREBY ORDERS that the status appearance currently scheduled

6  for March 10, 2006 be continued to March 23, 2006 at 1:30 p.m.

7       SO ORDERED.

8  DATED: 3/8/06

9                          RICHARD SEEBORG
                           United States Magistrate Judge

10

STIPULATION AND [PROPOSED] ORDER
CR 05-00603 RS                          2