**E-Filing**

1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    EUMI L. CHOI (CSBN 0722)
3   Chief, Criminal Division
4   SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6   San Jose, California 95113
    Telephone: (408) 535-5056
7   FAX: (408) 535-5066
    Susan.Knight@usdoj.gov
8
    Attorneys for Plaintiff
9

**FILED**

MAR 24 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13   UNITED STATES OF AMERICA,        )   No. 05-00603 RS
                                      )
14            Plaintiff,              )
                                      )
15        v.                          )   STIPULATION AND [PROPOSED]
                                      )   ORDER TO CONTINUE HEARING
16   SCOTT ALAN WHITE,                )
                                      )
17            Defendant.              )
                                      )   SAN JOSE VENUE
18   _____)
19

20        The parties in the above-captioned case are scheduled to appear before the Court for a status

21   hearing on March 23, 2006 at 11:00 a.m. However, the parties respectfully request that the

22   appearance be continued to Tuesday, May 9, 2006 at 2:00 p.m. The parties are continuing to

23   negotiate a resolution and anticipate that a resolution will be reached prior the May appearance

24   date, which will not require a further court appearance. If that occurs, the government will

25   promptly notify the Court to take the matter off calendar.

26   //

27   //

28   //

STIPULATION AND [PROPOSED] ORDER
CR 05-00603 RS                           1

1    SO STIPULATED:                         KEVIN V. RYAN
2                                            United States Attorney

3    DATED:_____                         /s/
4                                            _____
                                             SUSAN KNIGHT
                                             Assistant United States Attorney
5
     DATED:_____                         /s/
6                                            _____
                                             LARA S. VINNARD
7                                            Assistant Federal Public Defender

8        Accordingly, the Court HEREBY ORDERS that the status hearing scheduled for Thursday,

9    March 23, 2006 is continued to Tuesday, May 9, 2006 at 2:00 p.m.

10   SO ORDERED.

11

12   DATED: 3/24/06                          _____
13                                           RICHARD SEEBORG
                                             United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 05-00603 RS                              2