E-Filing

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVSBN 0722)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900          FILED
6      San Jose, California 95113
       Telephone: (408) 535-5056             APR 1 0 2006
7      Fax: (408) 535-5066                   RICHARD W. WIEKING
       Susan.Knight@usdoj.gov                CLERK, U.S. DISTRICT COURT
8                                            NORTHERN DISTRICT OF CALIFORNIA
                                             SAN JOSE
9  Attorneys for Plaintiff

10                       UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA
12                              SAN JOSE DIVISION
13
14  UNITED STATES OF AMERICA,     )   No. CR 05-00603 RS
                                  )
15        Plaintiff,              )   STIPULATION AND [PROPOSED]
                                  )   ORDER TO EXCLUDE TIME AND
16     v.                         )   DEFER PROSECUTION
                                  )
17  SCOTT ALAN WHITE,             )
                                  )
18        Defendant.              )
                                  )
19

20      The above-captioned case is currently scheduled for a status hearing on May 9, 2006 at 2:00
21  p.m. The parties respectfully request that the appearance be vacated because a disposition has
22  been reached in the case. Specifically, the parties agree that pretrial diversion is an appropriate
23  disposition in this matter, and Mr. White has been referred to Pretrial Services for an intake
24  evaluation. Such evaluation may take up to three months. Therefore, the parties request that the
25  case be taken off calendar and if Mr. White is accepted into a diversion program, the government
26  will notify the Court. If Mr. White is not accepted by Pretrial Services, the government will
27  notify the Court to schedule further proceedings. Accordingly, the parties request that time be
28  excluded under the Speedy Trial Act from May 9, 2006 until August 9, 2006 in order to Mr.

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 05-00603 RS

White to be evaluated by Pretrial Services for his eligibility to participate in a pretrial diversion program. 18 U.S.C. § 3161(h)(2).

SO STIPULATED.

KEVIN V. RYAN
United States Attorney

DATED: _____

/s/
SUSAN KNIGHT
Assistant United States Attorney

DATED: _____

/s/
LARA S. VINNARD
Assistant Federal Public Defender

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the status hearing on May 9, 2006 at 2:00 p.m. is vacated.

The Court FURTHER ORDERS that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from May 9, 2006 until August 9, 2006 for the purpose of allowing the defendant to be evaluated by Pretrial Services to determine his eligibility to participate in a pretrial diversion program.

DATED: 4/10/06

RICHARD SEEBORG
United States Magistrate Judge