**E-Filing**

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

   **FILED**

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5056
7     FAX: (408) 535-5066
      Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9

*JUL - 7 2006*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

                    UNITED STATES DISTRICT COURT

10

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          )    No. 05-00603 RS
                                       )
14         Plaintiff,                  )
                                       )
15         v.                          )    STIPULATION AND [PROPOSED]
                                       )    ORDER TO VACATE HEARING DATE
16  SCOTT ALAN WHITE,                  )
                                       )
17         Defendant.                  )
                                       )    SAN JOSE VENUE
18  _____)

19

20        The parties in the above-captioned case are scheduled to appear before the Court for a status

21  hearing on August 9, 2006 at 2:00 a.m. However, the parties respectfully request that the hearing

22  be vacated because the defendant has been accepted into a pretrial diversion program. Under the

23  program, the defendant will be required to report on a regular basis to pretrial services and make

24  restitution to the NASA Ames Research Center in the amount of $3,718.88. The defendant will

25  participate in the program for one year. Accordingly, the parties request that the case be taken

26  off calendar and time excluded from the Speedy Trial Act from July 5, 2006 until July 5, 2007 in

27  order for the defendant to demonstrate good conduct under the diversion program. See 18 U.S.C.

28  § 3161(h)(2). If an issue arises during the defendant's term of diversion, the government will

STIPULATION AND [PROPOSED] ORDER
CR 05-00603 RS                              1

1   contact the Court to request that the case be placed on calendar.

2   SO STIPULATED:                          KEVIN V. RYAN
                                            United States Attorney
3

4   DATED:_____                     _____
                                                        /s/
                                            SUSAN KNIGHT
5                                           Assistant United States Attorney

6
    DATED:_____                     _____
7                                                       /s/
                                            LARA S. VINNARD
                                            Assistant Federal Public Defender
8

9        Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED

10  that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from July 5,

11  2006 until July 5, 2007 for deferral of prosecution by the Government for the purpose of

12  allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion

13  program.

14  SO ORDERED.

15

16  DATED: 7/7/06                           _____

17                                          RICHARD SEEBORG
                                            United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28