1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney

5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,         )   No. CR 05-00603 RS
                                      )
14         Plaintiff,                 )
                                      )   NOTICE OF DISMISSAL
15      v.                            )
                                      )
16  SCOTT ALAN WHITE,                 )
                                      )   SAN JOSE VENUE
17         Defendant.                 )
                                      )
18  _____)

19      On August 23, 2005, the defendant was placed on a pretrial diversion program relating to

20  misdemeanor charges of theft of government property and assault. Pretrial Services Officer

21  Jaime Carranza has informed the government that the defendant has successfully completed the

22  program, including making full restitution to NASA Ames Research Center. Accordingly, with

23  leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States

24  Attorney for the Northern District of California dismisses the above information with prejudice.

25  DATED: 10/1/07                         Respectfully submitted,

26                                         SCOTT N. SCHOOLS
                                           United States Attorney
27

28                                         _____
                                           DAVID R. CALLAWAY
                                           Deputy Chief, San Jose Branch Office

Leave of Court is granted to the government to dismiss the above-captioned information, United States v. Scott Alan White, for the reasons set forth in the Government's Notice of Dismissal.

Date: 10/2/07

RICHARD SEEBORG
United States Magistrate Judge